UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
SONYA L MIMS  
    Debtor(s)

Case No: 19-11097-BPC  
Chapter 13

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

    The debtor's Chapter 13 case was filed on July 03, 2019. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Wednesday, October 2, 2019, and on that date the Court ordered the plan confirmed.

    Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

    Amount of debtor(s) plan payments:
**DEBTOR PAY SCHEDULE**

| DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
|---|---|---|---|---|
| SONYA L MIMS | DFAS-ZPV-CIVILIAN PAY | 379.00 | BI-WEEKLY | 07/31/2019 |

    Period of payments: 57 months or until 100.00% is paid on allowed unsecured claims.

    Payable to:     **Chapter 13 Trustee**  
                          **P. O. Box 613108**  
                          **MEMPHIS TN 38101-3108**

2. Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $3,750.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $2.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $14.66 |
| Clerk of Court | Filing Fee | $310.00 |

### SECURED, PRIORITY AND SPECIAL CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| CREDIT ACCEPTANCE CORP | N | $8,200.00 | 7.00 % | $525.00 |
| FARMERS FURNITURE | N | $2,000.00 | 7.00 % | $80.00 |
| PLANET HOME LENDING, LLC | N | $2,660.25 | 0.00 % | $76.00 |

| | |
|---|---|
| In re<br>SONYA L MIMS<br>       Debtor(s) | Case No: 19-11097-BPC<br>Chapter 13 |

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Friday, October 4, 2019.    /s/ Sabrina L. McKinney
                                                        Sabrina L. McKinney
                                                        Chapter 13 Standing Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Friday, October 4, 2019.

                                                        /s/ Sabrina L. McKinney
                                                        Sabrina L. McKinney
                                                        Chapter 13 Standing Trustee