STATE OF Connecticut )
COUNTY OF New Haven )

### AFFIDAVIT

BEFORE ME, the undersigned, Notary Public, personally appeared Thomas O'Connell, who is known to me and after being by me first duly sworn, deposes and says the following:

My individual responsibility is to administer Planet Home Lending, LLC mortgage loans in bankruptcy. Specifically, this includes monitoring loan payments. I hereby certify and state that said records were made in the regular course of business, and that it was in the regular course of said office for such records to be made at the time of the events, transactions, or occurrences to which they refer or within a reasonable time thereafter. Based on my review of said records, I have personal knowledge of this mortgage loan and hereby state the following:

1. Loan Number: xxxxxx6156
2. Debtor: Sonya L Mims
3. Bankruptcy Case No: 19-11097
4. Property Description: 212 Hannah Rd, Daleville, AL 36322

Delinquent Status as of 08/04/20:
| | |
|---|---|
| 5 payments of $1,063.38 each for 04/01/20 through 08/01/20 | $5,316.90 |
| Bankruptcy Attorney Fees and Cost for MFR/Filing Fee | $931.00 |
| Suspense | ($480.92) |
| Total | $5,766.98 |

Payoff as of 08/04/20                $188,246.34

The facts stated herein are true. In verification of the same, I subscribed my signature hereto.

Sworn to by me on this 24th day of August, 2020.

Affiant Thomas O'Connell
SR. VICE PRESIDENT

Sworn to and subscribed before me on this 24th day of August, 2020.

Taesha Gonzalez
Notary Public
My Commission Expires: April 30th, 2023

TAESHA GONZALEZ
NOTARY PUBLIC
State of Connecticut
My Commission Expires
April 30, 2023