The relief described hereinbelow is SO ORDERED

Done this 13th day of October, 2020.

*Bess M. Parrish Creswell*
Bess M. Parrish Creswell
United States Bankruptcy Judge



_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

In Re:                          Case No:     19-11097-BPC

Sonya L Mims

      Debtor

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY PLANET HOME LENDING, LLC

This matter coming before the Court on the Motion for Relief from Automatic Stay filed by PLANET HOME LENDING, LLC (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The post-petition mortgage payments through October 1, 2020 plus the attorney fees and costs in connection with Creditor's Motion for Relief from Stay are calculated below:

   | | |
   |---|---|
   | 6 payments @ $1,063.38 for 05/20 to 10/20: | $6,380.28 |
   | Attorney Fees and Costs for MFR: | $831.00 |
   | Less Suspense: | ($396.02) |
   | Total: | $6,815.26 |

2. The Creditor shall file a post-petition claim for the **TOTAL POST-PETITION ARREARAGE** of $6,815.26.

3. The Chapter 13 Plan payments are hereby increased to $412.00 bi-weekly.

4. The fixed payments to the Creditor for the post-petition arrears is $149.00.

5. The Motion for Relief from Stay filed by PLANET HOME LENDING, LLC is hereby conditionally denied. However, should the Debtor default under the mortgage agreement between the parties beginning November 1, 2020, the Motion for Relief from Stay is granted if the Creditor gives the Debtor and the Debtor's attorney twenty (20) days written notice of opportunity to cure. If the default is not cured within twenty (20) days from the date the notice is issued, then the stay shall lift without further Order from the Court. Further, the Creditor is allowed to communicate with the Debtor any communication required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this Order.

6. If relief from the automatic stay under 11 U.S.C. § 362 becomes effective, this Creditor is thereafter entitled to enforce any and all of its right, title, interest in and to the subject property under applicable non-bankruptcy law. The filing and service of Notice of Payment Change and/or Notices of Post-Petition Fees, Expenses, and Charges, as described by FRBP 3002.1(b) and FRBP 3002.1(c) are not required once relief from the automatic stay under 11 U.S.C. § 362 is triggered and becomes effective. Upon entry of this Order granting relief from the automatic stay under 11 U.S.C. § 362, the 14-day stay of Rule FRBP 4001(a)(3) is waived.

### END OF ORDER ###

This Order was reviewed and agreed to by counsel for the debtor and the Chapter 13 Trustee.

Order drafted by:

Stephen Bulgarella
Tiffany & Bosco, P.A.
2311 Highland Avenue South, Suite 330
Birmingham, Alabama 35205
Telephone: 205-918-5083
sfb@tblaw.com

Order consented by:

Sabrina L. McKinney
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101
334-262-8371
Trustees_office@ch13mdal.org

Samantha Valenzuela
The Valenzuela Law Firm, LLC
154 E Broad Street
Ozark, AL 36360
334-774-1199
Fax : 334-774-1188
Email: Bankruptcy@v-lawfirm.com

United States Bankruptcy Court
Middle District of Alabama

In re:     Case No. 19-11097-BPC
Sonya L Mims     Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1127-1     User: rking     Page 1 of 1
Date Rcvd: Oct 13, 2020     Form ID: pdfSOME     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

**Recip ID**     **Recipient Name and Address**
db     + Sonya L Mims, 212 Hannah Road, Daleville, AL 36322-6222

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |
| Samantha Valenzuela | on behalf of Debtor Sonya L Mims Bankruptcy@v-lawfirm.com samantha@v-lawfirm.com;r42580@notify.bestcase.com |
| Stephen Bulgarella | on behalf of Creditor Planet Home Lending LLC mdbankruptcy@tblaw.com |

TOTAL: 4