## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In Re:<br>SONYA L. MIMS,<br>　　　　　　　　Debtor. | Chapter 13<br>Case No. 19-11097-BPC |

### TWENTY (20) DAY NOTICE OF DEFAULT PER ORDER

Comes now Planet Home Lending, LLC, ("Creditor"), and files this notice of default pursuant to an Agreed Order Conditionally Denying Motion dated October 13, 2020, (Docket Number: 28), and shows unto this Honorable Court as follows:

Debtor Sonya L. Mims has failed to pay the following post-petition payments per said Order:

11/2020 through 3/2021 monthly payments (5 @ $1,063.38):　　　$5,316.90

WHEREFORE, if the sum of **$5,316.90** is not received by Creditor Planet Home Lending, LLC, within twenty (20) days of the date of the filing of this Notice, then the automatic stay as to the Debtor shall be terminated pursuant to the terms of the referenced Order.

Dated this the ___4th___ day of March, 2021.

　　　　　　　　　　　　　　　　　　/s/ William S. McFadden
　　　　　　　　　　　　　　　　　　William S. McFadden, Esquire
　　　　　　　　　　　　　　　　　　McFadden, Rouse & Bender, LLC
　　　　　　　　　　　　　　　　　　718 Downtowner Boulevard
　　　　　　　　　　　　　　　　　　Mobile, AL 36609
　　　　　　　　　　　　　　　　　　(251) 342-9172, Ext: 2
　　　　　　　　　　　　　　　　　　william@mrbattorneys.com

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___4th___ day of March, 2021 served a copy of the foregoing pleading to the parties listed below by placing same in the U.S. Mail, first class postage pre-paid:

Debtor:　　　　　　　　Sonya L. Mims
　　　　　　　　　　　212 Hannah Road
　　　　　　　　　　　Daleville, AL 36322

Debtors' Attorney:　　　Samantha Valenzuela
　　　　　　　　　　　154 E Broad Street
　　　　　　　　　　　Ozark, AL 36360
　　　　　　　　　　　rshinbaum@smclegal.com

Trustee:	Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

Service to Debtors' attorney and Trustee made by electronic case filing, ("ECF"), and to Debtors by mailing a copy of the same by United States Mail, properly addressed and first class postage prepaid.

*/s/ William S. McFadden*
William S. McFadden

The relief described hereinbelow is SO ORDERED

Done this 13th day of October, 2020.

*Bess M. Parrish Creswell*
Bess M. Parrish Creswell
United States Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

In Re:                      Case No:     19-11097-BPC

Sonya L Mims

     Debtor

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY PLANET HOME LENDING, LLC

This matter coming before the Court on the Motion for Relief from Automatic Stay filed by PLANET HOME LENDING, LLC (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The post-petition mortgage payments through October 1, 2020 plus the attorney fees and costs in connection with Creditor's Motion for Relief from Stay are calculated below:

   | | |
   |---|---|
   | 6 payments @ $1,063.38 for 05/20 to 10/20: | $6,380.28 |
   | Attorney Fees and Costs for MFR: | $831.00 |
   | Less Suspense: | ($396.02) |
   | Total: | $6,815.26 |

2. The Creditor shall file a post-petition claim for the **TOTAL POST-PETITION ARREARAGE** of $6,815.26.

3. The Chapter 13 Plan payments are hereby increased to $412.00 bi-weekly.

4. The fixed payments to the Creditor for the post-petition arrears is $149.00.

5. The Motion for Relief from Stay filed by PLANET HOME LENDING, LLC is hereby conditionally denied. However, should the Debtor default under the mortgage agreement between the parties beginning November 1, 2020, the Motion for Relief from Stay is granted if the Creditor gives the Debtor and the Debtor's attorney twenty (20) days written notice of opportunity to cure. If the default is not cured within twenty (20) days from the date the notice is issued, then the stay shall lift without further Order from the Court. Further, the Creditor is allowed to communicate with the Debtor any communication required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this Order.

6. If relief from the automatic stay under 11 U.S.C. § 362 becomes effective, this Creditor is thereafter entitled to enforce any and all of its right, title, interest in and to the subject property under applicable non-bankruptcy law. The filing and service of Notice of Payment Change and/or Notices of Post-Petition Fees, Expenses, and Charges, as described by FRBP 3002.1(b) and FRBP 3002.1(c) are not required once relief from the automatic stay under 11 U.S.C. § 362 is triggered and becomes effective. Upon entry of this Order granting relief from the automatic stay under 11 U.S.C. § 362, the 14-day stay of Rule FRBP 4001(a)(3) is waived.

### END OF ORDER ###

This Order was reviewed and agreed to by counsel for the debtor and the Chapter 13 Trustee.

Order drafted by:

Stephen Bulgarella
Tiffany & Bosco, P.A.
2311 Highland Avenue South, Suite 330
Birmingham, Alabama 35205
Telephone: 205-918-5083
sfb@tblaw.com

Order consented by:

Sabrina L. McKinney
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101
334-262-8371
Trustees_office@ch13mdal.org

Samantha Valenzuela
The Valenzuela Law Firm, LLC
154 E Broad Street
Ozark, AL 36360
334-774-1199
Fax : 334-774-1188
Email: Bankruptcy@v-lawfirm.com