

July 13, 2022

Sonya L Mims
212 Hannah Road
Daleville, AL 36322

**Re:     Chapter 13 Case No. 19-11097**
        **Middle District of Alabama**
        **Planet Home Lending, LLC Account No.: xxxx7728**
        **Subject property: 212 Hannah Road, Daleville, AL 36322**

Dear Ms. Mims:

Please be advised that this firm represents Planet Home Lending, LLC ("Planet"). Planet's records indicate that your account with Planet is in default which constitutes a breach of your loan agreement. Pursuant to the Bankruptcy Court's Order dated October 13, 2020, a copy of which is attached hereto, in order to cure this breach, you must bring your account current, including all delinquent post-petition payments, interest, attorney fees, and late charges within twenty (20) days of the date of this letter. Failure to cure this breach will result in the acceleration of all of the sums secured by the mortgage serviced by Planet, or its assigns, and the sale of your property. By the terms of the mortgage, the right to reinstate the account exists, as well as the right to bring court action to assert the non-existence of a default or any other defense.

The amount needed to cure the post-petition default, as of the date of this letter, is $18,475.25 (March 2021 - March 2022 payments at $1,068.47 each, and April 2022 - July 2022 payments at $1,155.44 each, less suspense of $136.62, plus attorney fees of $100.00). Payment must be remitted directly to Planet Home Lending, LLC at PO Box 1001, Meriden, CT 06450. If the breach is not cured on or before the date specified herein, Planet, or its assigns, may declare all of the sums under the subject mortgage to be immediately due and payable without further demand. **Any payment less than the above stated amount will not constitute a cure of the Default nor waive our rights to pursue relief from stay pursuant to the terms of the Agreed Order.**

This communication is from a debt collector, is an attempt to collect a debt, and any information obtained will be used for that purpose. Unless you dispute the validity of this debt or any portion thereof within thirty days from the receipt of this letter, the debt will be assumed to be valid. If we are notified in writing within thirty days that this debt or any portion thereof is disputed, we will obtain and provide verification of this debt or judgment. If you request in writing within thirty days, we will provide the name and address of the original creditor(s), if different from current creditor.

                Sincerely,

                Evan Eberhardt

cc:     Samantha Valenzuela
        Sabrina L. McKinney

---

244 Inverness Center Dr.                                                          (Phone) (205) 970-2233
Suite 200                                                                       (Fax) (205) 970-3886
Birmingham, AL 35242                                                        hwmlawfirm.com

Case 19-11097    Doc 35    Filed 07/13/22    Entered 07/13/22 10:28:12    Desc Main
                                              Document     Page 1 of 4

The relief described hereinbelow is SO ORDERED

Done this 13th day of October, 2020.

*Bess M. Parrish Creswell*
Bess M. Parrish Creswell
United States Bankruptcy Judge



_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

In Re:                       Case No:       19-11097-BPC

Sonya L Mims

     Debtor

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY
### FILED BY PLANET HOME LENDING, LLC

This matter coming before the Court on the Motion for Relief from Automatic Stay filed by PLANET HOME LENDING, LLC (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The post-petition mortgage payments through October 1, 2020 plus the attorney fees and costs in connection with Creditor's Motion for Relief from Stay are calculated below:

   | | |
   |---|---|
   | 6 payments @ $1,063.38 for 05/20 to 10/20: | $6,380.28 |
   | Attorney Fees and Costs for MFR: | $831.00 |
   | Less Suspense: | ($396.02) |
   | Total: | $6,815.26 |

2. The Creditor shall file a post-petition claim for the **TOTAL POST-PETITION ARREARAGE** of $6,815.26.

3. The Chapter 13 Plan payments are hereby increased to $412.00 bi-weekly.

4. The fixed payments to the Creditor for the post-petition arrears is $149.00.

5. The Motion for Relief from Stay filed by PLANET HOME LENDING, LLC is hereby conditionally denied. However, should the Debtor default under the mortgage agreement between the parties beginning November 1, 2020, the Motion for Relief from Stay is granted if the Creditor gives the Debtor and the Debtor's attorney twenty (20) days written notice of opportunity to cure. If the default is not cured within twenty (20) days from the date the notice is issued, then the stay shall lift without further Order from the Court. Further, the Creditor is allowed to communicate with the Debtor any communication required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this Order.

6. If relief from the automatic stay under 11 U.S.C. § 362 becomes effective, this Creditor is thereafter entitled to enforce any and all of its right, title, interest in and to the subject property under applicable non-bankruptcy law. The filing and service of Notice of Payment Change and/or Notices of Post-Petition Fees, Expenses, and Charges, as described by FRBP 3002.1(b) and FRBP 3002.1(c) are not required once relief from the automatic stay under 11 U.S.C. § 362 is triggered and becomes effective. Upon entry of this Order granting relief from the automatic stay under 11 U.S.C. § 362, the 14-day stay of Rule FRBP 4001(a)(3) is waived.

### END OF ORDER ###

This Order was reviewed and agreed to by counsel for the debtor and the Chapter 13 Trustee.

Order drafted by:

Stephen Bulgarella
Tiffany & Bosco, P.A.
2311 Highland Avenue South, Suite 330
Birmingham, Alabama 35205
Telephone: 205-918-5083
sfb@tblaw.com

Order consented by:

Sabrina L. McKinney
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101
334-262-8371
Trustees_office@ch13mdal.org

Samantha Valenzuela
The Valenzuela Law Firm, LLC
154 E Broad Street
Ozark, AL 36360
334-774-1199
Fax : 334-774-1188
Email: Bankruptcy@v-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the foregoing has been served upon the following using the CM/ECF System, on July 13, 2022, to wit:

Samantha Valenzuela
The Valenzuela Law Firm, LLC
154 E Broad Street
Ozark, AL 36360

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101

And by United States Mail, postage prepaid and properly addressed to:

Sonya L Mims
212 Hannah Road
Daleville, AL 36322

By: /s/ Evan Eberhardt
Evan Eberhardt
Halliday, Watkins & Mann, P.C.
244 Inverness Center Dr. Ste. 200
Birmingham, AL 35242
(205) 970-2233
evane@hwmlawfirm.com