UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
DOTHAN DIVISION

IN RE:

SONYA L. MIMS;                              CHAPTER 13
                                            CASE NO. 19-11097
  Debtor(s)

**NOTICE OF TERMINATION OF AUTOMATIC STAY**

Comes now Planet Home Lending, LLC ("Planet"), and files a Notice of Termination of the Automatic Stay and shows unto the Court the following:

1. On October 13, 2020, an Order was entered in this bankruptcy proceeding which included a Notice of Default provision for any future default in mortgage payments regarding property of the Debtor located at 212 Hannah Road, Daleville, AL 36322.

2. On July 13, 2022, a Notice of Default was mailed to the Debtor, Debtor's Counsel and filed in this bankruptcy proceeding. The Debtor failed to cure the default by the applicable deadline.

WHEREFORE, Planet notifies this Court that the automatic stay has lifted regarding the aforementioned property and the claim is reduced to the amount paid to date.

By: /s/ Evan Eberhardt
Evan Eberhardt
Halliday, Watkins & Mann, P.C.
244 Inverness Ctr. Dr. Ste. 200
Birmingham, AL 35242
(205) 970-2233

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on August 4, 2022, to-wit:

Samantha Valenzuela
The Valenzuela Law Firm, LLC
154 E Broad Street
Ozark, AL 36360

Sabrina L. McKinney
P.O. Box 173
Montgomery, AL 36101

And by United States Mail, postage prepaid and properly addressed to:

Sonya L Mims
212 Hannah Road
Daleville, AL 36322

By: /s/ Evan Eberhardt
Evan Eberhardt