IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                                          CHAPTER 13 CASE NO.: 19-11097
    SONYA MIMS,
    Debtor(s)

### DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL

COMES NOW, Sonya Mims, Debtor(s), in the above referenced bankruptcy and hereby moves this Honorable Court to dismiss her Chapter 13 petition, and as grounds for said motion states the following:

1. The Debtor filed a petition, Case No. 19-11097, seeking relief under Chapter 13 of the United States Bankruptcy Code on July 3, 2019, in the United States Bankruptcy Court in the Middle District of Alabama.
2. The Debtor wishes to be dismissed from their Chapter 13 bankruptcy.
3. The Debtor requests this Honorable Court allow them to voluntarily dismiss their Chapter 13 case.

WHEREFORE, THESE PREMISES CONSIDERED, the Debtor requests this Honorable Court to enter an Order granting the voluntary dismissal of the Chapter 13 petition.

Respectfully submitted this the 22nd day of February 2022.

/s/*Sonya Mims*
Sonya Mims

*/s/ Samantha Valenzuela*
SAMANTHA VALENZUELA
Attorney for the Debtors
The Valenzuela Law Firm, LLC
154 E Broad Street
Ozark, AL 36360
(334)774-1199 PHONE
(334)774-1188 FAX

## CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the above foregoing Motion on all parties listed below by electronic mail or regular postal mail on this the 22nd day of February 2022.

Hon. Sabrina McKinney
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101

ALL CREDITORS

                              */s/ Samantha Valenzuela*
                              SAMANTHA VALENZUELA
                              Attorney for the Debtor